IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERM DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

BRENDA CAGLE,

    Plaintiff,

v.                                           Case No.: 1:22-cv-00027

RACETRAC PETROLEUM, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, BRENDA CAGLE, and Defendant, RACETRAC PETROLEUM, INC., hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 17th day of May, 2022.

RESPECTFULLY SUBMITTED;

*/s/Joseph E. Shanks*
JOSEPH E. SHANKS #038802
Attorney for Plaintiff
208 Adams Avenue
Memphis, Tennessee 38103
(901) 523-1844 – phone
(901) 523-1857 – fax
Joseph@wcwslaw.com

*/s/Heath H. Edwards*
HEATH H. EDWARDS #034076
FORDHARRISON LLP
150 Third Ave. South, Suite 2010
Nashville, Tennessee. 37201
(615) 574-6707 – phone
(615) 574-6701