IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

---

BRENDA CAGLE,

    Plaintiff,

v.                                              Case No.:  1:22-cv-00027

RACETRAC PETROLEUM, INC.,

    Defendant.

---

## STIPULATION OF DISMISSAL

---

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 17th day of June, 2022.

                                                  RESPECTFULLY SUBMITTED;

                                                  */s/Joseph E. Shanks*
                                                  JOSEPH E. SHANKS #038802
                                                  Attorney for Plaintiff
                                                  208 Adams Avenue
                                                  Memphis, Tennessee 38103
                                                  (901) 523-1844 – phone
                                                  (901) 523-1857 – fax
                                                  Joseph@wcwslaw.com

                                                  */s/Heath H. Edwards*
                                                  HEATH H. EDWARDS #034076
                                                  FORDHARRISON LLP

150 Third Ave. South, Suite 2010
Nashville, Tennessee. 37201
(615) 574-6707 – phone
(615) 574-6701